# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00532-CV

**Larry J. Willard, Appellant**

**v.**

**Thomas J. Obata, Trustee, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-23-002280, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Larry J. Willard has filed an agreed motion to dismiss this appeal with prejudice.  We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellant's Motion

Filed:  October 17, 2023